S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**SCOTT ERIK ASPHAUG, OSB #83367**
Assistant United States Attorney
Scott.Asphaug@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 717-1117
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-CR-00431-HA |
| v. | NOTICE OF APPEARANCE |
| **DAVID JOSEPH PEDERSEN** and **HOLLY ANN GRIGSBY,** | |
| **Defendants.** | |

   The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and Scott Erik Asphaug, Assistant United States Attorney, hereby gives notice of appearance on behalf of the government for Filter Team Two.

   Dated this 24th day of February, 2014.

                   Respectfully submitted,

                   S. AMANDA MARSHALL
                   United States Attorney

                   */s/ Scott Erik Asphaug*
                   SCOTT ERIK ASPHAUG
                   Assistant United States Attorney
                   (Filter Team Two)