AO 245B     (Rev. 09/11) Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED 11/2011
        Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | **Case Number: 3:12-CR-00431-HA-2** |
| **HOLLY ANN GRIGSBY** | **USM Number: 42508-086** |

Laurie Bender and Kathleen M. Correll
Defendant's Attorney

Hannah Horsley and Jane Shoemaker
Assistant U.S. Attorney

**THE DEFENDANT:**

[X]   pleaded guilty to count One (1) of the Indictment

[ ]   pleaded nolo contendere to count(s) _____ Which was accepted by the court.

[ ]   was found guilty on count(s) _____ After a plea of not guilty.

The defendant is adjudicated guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 1962(c), 18 USC § 1963(a) | Participation in a Criminal Enterprise Engaged in Interstate Commerce, through a Pattern of Racketeering Activity, including Murder, Robbery, and Kidnapping in Violation of the Laws of Oregon, Washington, and California | October 4, 2011 | One (1) |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).

[X]   Counts 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 15 of the Indictment are dismissed on the motion of the United States. The Court strikes the Notice of Special findings in the Indictment for this defendant on motion of the United States.

[X]   The defendant shall pay a special assessment in the amount of $100.00 for Count One (1) payable immediately to the Clerk of the U.S. District Court. (See also the Criminal Monetary Penalties sheet.) The Court notes that defendant paid this assessment fee on 7/11/2014.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States Attorney of any material change in the defendant's economic circumstances.

July 15, 2014
Date of Imposition of Sentence

Signature of Judicial Officer
ANCER L. HAGGERTY, UNITED STATES DISTRICT JUDGE

Name and Title of Judicial Officer

July  15, 2014
Date

AO 245B     (Rev. 09/11) Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED 11/2011
            Sheet 2 – Imprisonment

DEFENDANT:          GRIGSBY, HOLLY ANN                                    Judgment–Page 2 of 4
CASE NUMBER: 3:12-CR-00431-HA-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
**LIFE without the possibility of release.**

[X] The court makes the following recommendation to the Bureau of Prisons:   USP Hazelton
[X] The defendant is remanded to the custody of the United States Marshal.

[  ] The defendant shall surrender to the United States Marshal for this district:

    [  ]     at _____ [  ] a.m.  [  ] p.m. on_____.

    [  ]     as notified by the United States Marshal.

[  ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [  ]     before 2:00 p.m. on _____.

    [  ]     as notified by the United States Marshal and/or Pretrial Services.

---

The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized by Title 18 USC §3585(b) and the policies of the Bureau of Prisons.

---

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ To _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


BY_____
DEPUTY UNITED STATES MARSHAL

AO 245B      (Rev. 09/11) Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED 11/2011
             Sheet 5 – Criminal Monetary Penalties

DEFENDANT:          GRIGSBY, HOLLY ANN                                              Judgment–Page 3 of 4
CASE NUMBER: 3:12-CR-00431-HA-2

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth in this Judgment:

|  | Assessment (as noted on Sheet 1) | Fine | Restitution | TOTAL |
|---|---|---|---|---|
| **TOTALS** | $100.00 (Note this fee paid on 7/11/2014) | $0.00 | TO BE DETERMINED WITHIN 90 DAYS | $100.00 |

[ X ]  The determination of restitution is deferred for 90 days.  An *Amended Judgment in a Criminal Case* will be entered after such determination.

[  ]  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Amount of Loss* | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  | $ | TO BE DETERMINED WITHIN 90 DAYS |  |
| **TOTALS** | **$** | **TO BE DETERMINED WITHIN 90 DAYS** |  |

[  ]  If applicable, restitution amount ordered pursuant to plea agreement      $_____.

[  ]  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[X]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [X ]   the interest requirement is waived for the [  ] fine and/or [X] restitution.

   [  ]    the interest requirement for the [  ] fine and/or [  ] restitution is modified as follows:

---
Any payment shall be divided proportionately among the payees named unless otherwise specified.

---

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case - DISTRICT OF OREGON CUSTOMIZED 11/2011
                Sheet 6 – Schedule of Payments

DEFENDANT:       GRIGSBY, HOLLY ANN                                    Judgment–Page 4 of 4
CASE NUMBER: 3:12-CR-00431-HA-2

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A.** [X]      Lump sum payment of **$100.00** due immediately, balance due

           [ ]      not later than _____, or
           [ ]      in accordance with [ ] C or [ ] D below; or

**B.** [X]      Payment to begin immediately (may be combined with C below), or

**C.** [ ]      If there is any unpaid balance at the time of defendant's release from custody, it shall be paid in monthly installments of not less than $_____ until paid in full to commence immediately upon release from imprisonment.

**D.** [x]      Special instructions regarding the payment of criminal monetary penalties: The $100 special assessment fee was paid on 7/11/2014.

---

[X] Payment of criminal monetary penalties, including restitution, shall be due during the period of imprisonment as follows:
     (1) 50% of wages earned if the defendant is participating in a prison industries program;

It is ordered that resources received from any source, including inheritance, settlement, or any other judgment, shall be applied to any restitution or fine still owed, pursuant to 18 USC § 3664(n).

All criminal monetary penalties, including restitution, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of Court at the address below, unless otherwise directed by the Court, the Probation Officer, or the United States Attorney.

[X] **Clerk of Court**            [ ] **Clerk of Court**            [ ] **Clerk of Court**
     **US District Court - Oregon**      **US District Court - Oregon**      **US District Court - Oregon**
     **1000 SW Third Avenue**         **405 East 8th Avenue**           **310 West Sixth Street**
     **Suite 740**                     **Suite 2100**                   **Room 201**
     **Portland, OR 97204**           **Eugene, OR 97401**          **Medford, OR 97501**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[x] **Joint and Several** to be determined following sentencing of co defendant David Joseph Pedersen

| Case Number 3:12-cr-00431-HA Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| Holly Ann Grigsby-02 David Joseph Pedersen-01 | To be determined within 90 days | | |

           [ ]      The defendant shall pay the cost of prosecution.
           [ ]      The defendant shall pay the following court cost(s):
           [ ]      The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.